

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk* Division

IN THE MATTER OF THE ISSUANCE
OF A CRIMINAL COMPLAINT RE:

BRIAN MALIK WILLIAMS

**UNDER SEAL**

Case No.: 2:23-mj 259

### AFFIDAVIT IN SUPPORT OF APPLICATION
### FOR ISSUANCE OF A CRIMINAL COMPLAINT

I, Jessica R. Farrell, being first duly sworn state:

1. I have been employed as a Special Agent for the United States Postal Service, Office of Inspector General (USPS OIG) since July 2014. I am currently assigned to the Mid-Atlantic Area Field Office, Richmond District, and domiciled in Chesapeake, Virginia. I am responsible for investigating criminal violations involving Postal Service employees. I have completed 12 weeks of basic investigative training, which included various aspects of federal law enforcement training related to the investigation of felony level offenses, and numerous advanced law enforcement training courses. I successfully completed the USPS OIG's narcotics training course and have been in a narcotics assignment since 2018. In April 2021, I joined the Drug Enforcement Administration (DEA) High Intensity Drug Trafficking Areas (HIDTA) task force in Norfolk, VA. I have been involved in numerous investigations related to the distribution of controlled substances. While conducting and participating in these investigations, I have prepared and executed search warrants resulting in the seizure of narcotics, contraband, and proceeds and assets of illicit activities. I have participated in interdictions and controlled deliveries related to narcotics investigations. From November 2005 to July 2014, I was employed as a Special Agent for the Naval Criminal Investigative Service (NCIS). From 2008 to 2012, I worked in a special operations unit where I specialized in narcotics investigations involving military personnel.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. I have investigated the offenses described in this affidavit. As a result of my investigation, a review of reports made by other law enforcement officers, and in speaking with other law enforcement officers who have been involved in the investigation, I am familiar with the circumstances of this on-going investigation.

4. I have not included each and every fact known to me in this affidavit, but only the facts I believe are necessary to establish probable cause to believe BRIAN MALIK WILIAMS has unlawfully, knowingly, and intentionally combined, conspired, confederated, and agreed with one or more other persons, to knowingly and intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(vi).

## PERTINENT FEDERAL CRIMINAL STATUTE AND CHARGE

5. 21 U.S.C. § 846 provides that any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy. 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) makes is a crime to distribute and possession with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl).

## PROBABLE CAUSE TO ARREST BRIAN MALIK WILLIAMS

6. On February 1, 2023, a Virginia Beach Police Department (VBPD) Confidential Source (CS) reported to investigators that an individual (referred to herein as cooperating defendant number one or CD-1) was making thousands of dollars per day by selling pills containing Fentanyl.

7. The CS reported that CD-1 received pills, cocaine, molly, and marijuana through the mail from California. CD-1 received narcotics parcels at his/her former address Virginia Beach, VA (Premises One or P-1), and CD-1's current address in Virginia Beach, VA (Premises Two or P-2). Virginia Beach is in the Eastern District of Virginia.

8. On February 2, 2023, one USPS Priority Mail parcel containing tracking number 9505513124143033763324 was mailed from Sacramento, CA to P-1. The package weighed approximately 4 lbs. Special Agent Trevor Covert, USPS Office of Inspector General, obtained video footage of the individual who mailed the parcel in Sacramento, CA. The parcel was delivered on February 6, 2023, to P-1. The individual was later identified as defendant BRIAN MALIK WILLIAMS.

9. On February 9, 2023, working under the control of the VBPD and the DEA, the CS purchased approximately 600 Fentanyl pills, weighing approximately 65 grams, with markings "M-30" from the residence of CD-1 at P-2. The CS paid CD-1 $3500.

10. On February 27, 2023, one USPS Priority Mail parcel containing tracking number 9505513124123058191258 was mailed from Sacramento, CA to P-2. The package weighed approximately 3.8 lbs. Special Agent Covert obtained video footage of the individual who mailed the parcel in Sacramento, CA. The parcel was delivered on March 2, 2023. The individual was later identified as defendant BRIAN MALIK WILLIAMS.

11. On March 2, 2023, working under the control of VBPD and the DEA the CS purchased approximately 400 Fentanyl pills, weighing approximately 46 grams, with markings "M-30" from the residence (P-2) of CD-1. The CS paid CD-1 $2500.

2

12. On March 21, 2023, one USPS Priority Mail parcel containing tracking number 9505513124143080785041 was mailed from Sacramento, CA to P-2. The package weighed approximately 2.9 lbs. Technical Surveillance Specialist Welson Ho, USPS Postal Inspection Service, obtained video footage of the individual who mailed the parcel in Sacramento, CA. The individual was later identified as defendant BRIAN MALIK WILLIAMS.

13. On March 24, 2023, U.S. Postal Inspector Tom Sylvester, working in an undercover capacity, delivered the aforementioned parcel to the residence of CD-1. Immediately after the parcel was taken into the residence, the DEA Norfolk District Office (NDO) in collaboration with Virginia Beach Special Investigations Bureau (VBPD/SIB), and the U.S. Postal Service executed a search warrant on P-2, the residence of CD-1. CD-1 was arrested.

14. A search of the P-2 resulted in the recovery of the parcel containing approximately 4,260 Fentanyl pills, weighing approximately 466 grams. The search of P-2 also resulted in the recovery of 1,279 Xanax pills and other controlled substance.

15. During a post-arrest mirandized interview, CD-1 admitted to using the US Postal Service as his preferred method of shipment for his illegal narcotics. CD-1 identified the sender as "Matty Ruger," who resides in California. CD-1 estimated that Ruger sent him up to 3,000 pills at a time.

16. CD-1 provided verbal consent to search his cell phone. CD-1 showed investigators Ruger's Instagram account and phone number: (209) 652-****. He also identified Ruger's cash app ($mattyrugerr), and Apple pay (Matty) accounts, which CD-1 stated he occasionally used to send Ruger smaller amounts of narcotics proceeds. CD-1 communicated with Ruger via phone call, text, or Telegram. Various law enforcement database inquires related to the aforementioned phone number and accounts identified the cell phone subscriber and accounts holder as BRIAN MALIK WILLIAMS of Modesto, CA.

17. The interior and exterior packaging of the parcel delivered and then seized from P-2, the premises of CD-1 was sent to the USPS Forensic Laboratory for processing. The forensic examination resulted in the recovery of latent fingerprints from the exterior of the parcel belonging to both CD-1 and defendant BRIAN MALIK WILLIAMS. Additionally, latent fingerprints belonging to defendant BRIAN MALIK WILLIAMS were also recovered from various internal locations of the parcel.

18. Through USPS investigation, September 21, 2021, to March 27, 2023, it was determined that CD-1 received approximately 70 US Postal Service parcels divided between three separate premises in Virginia Beach, VA, including P-1 and P-2.

19. CD-1, originally arrested in Virginia Beach, was eventually indicted in federal court in the Eastern District of Virginia, later plead guilty in federal court, and entered into a plea agreement with the United States. The district court accepted plea and found CD-1 guilty and set the case for sentencing.

20.     On October 30, 2023, during a proffer interview, CD-1 was asked by investigators to identify the contents of the 70 parcels. Out of the 70 parcels, in pertinent part 15 contained Fentanyl Pills, Xanax Pills, and Ketamine. CD-1 added that he paid $4000 - $6000 for each of the fifteen (15) "harder drug" parcels.

21.     During this interview, CD-1 was shown photographs of the individual who mailed parcels to him on February 2, 2023, and February 27, 2023, which were retrieved from Sacramento, CA post office surveillance footage. Additionally, CD-1 was shown two photographs retrieved from Matty Ruger's Instagram account. CD-1 identified the individual in all four photographs as Matty Ruger, later identified as BRIAN MALIK WILLIAMS, his source of supply for the Fentanyl pills.

22.     Pursuant to the plea agreement, CD-1 appeared before a grand jury in the Eastern District of Virginia, Norfolk Division. CD-1 reviewed the reports of a post-arrest interview on March 24, 2023, and a proffer interview on October 30, 2023. CD-1 also identified four photographs of the defendant BRIAN MALIK WILLIAMS as the source of supply for Fentanyl pills.

23.     DEA Laboratory analysis confirmed that the pills purchased on February 9, 2023, and March 2, 2023, by CS from CD-1 contained Fentanyl. DEA Laboratory analysis also confirmed that the pills delivered to CD-1 on March 24, 2023, contained Fentanyl.

24.     Criminal database shows defendant BRIAN MALIK WILLIAMS has an arrest record and has been convicted on November 17, 2022, of misdemeanor false imprisonment, vandalism and DUI and received 3 years' probation. The defendant was arrested on February 13, 2018, for felony possession or purchase of drugs for sale, and convicted December 2, 2019 and received 60 days for misdemeanor drug violation for keeping a place to sell narcotics.

25.     Financial investigation revealed ownership of a Golden 1 Credit Union checking account by BRIAN MALIK WILLIAMS. This account was established January 22, 2015. Examination of transactions for the period December 1, 2022, through March 3, 2023, reveals that BRIAN MALIK WILLIAMS's Golden 1 Credit Union checking account received $28,510 of incoming peer-to-peer deposits, had $7,000 of outgoing peer-to-peer transfers, and $5,903 of cash withdrawals during this ninety-three-day period. Gross deposits to WILLIAMS's Golden 1 Credit Union checking account during the period January 1, 2023 through May 31, 2023 were $34,807.

26.     Apple Pay transactions for BRIAN MALIK WILLIAMS covering the period January 1, 2021, through May 31, 2023, were examined. Total disbursements were $70,059, and total credits were $57,841. The credits included $10,771 from CD-1.

27.     Block (Cash App) transactions for BRIAN MALIK WILLIAMS were analyzed for the period January 1, 2021, through May 31, 2023. The activity reflects that WILLIAMS received $100,779 of transfer deposits to his account during this twenty-nine-month period from approximately one hundred senders. The names on this account are BRIAN MALIK WILLIAMS and Matty Ruger.

28.     Records for BRIAN MALIK WILLIAMS's PayPal account for the period January 1, 2021, through May 31, 2023, reflects a total amount sent of $17,415, $1,323 refunded, $663 received, and $1,969 of funds withdrawn.

29.     Based on the information and evidence set forth above, I respectfully submit that there is probable cause that beginning in or about January 2023 continuing up to and including on or about March 24, 2023, CD-1 and defendant BRIAN MALIK WILLIAMS, did unlawfully, knowingly, and intentionally combined, conspired, confederated, and agreed together and with one or more other persons, to knowingly and intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(vi). Accordingly, I request that a complaint be issued charging BRIAN MALIK WILLIAMS.

FURTHER YOUR AFFIANT SAYETH NOT.

*[signature]*
Special Agent Jessica R. Farrell
DEA Task Force Officer
USPS Office of Inspector General

SUBSCRIBED and SWORN before me on this __8th__ of December 2023.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

5