FILED
IN OPEN COURT

MAR 1 2 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MALIK WILLIAMS,<br><br>Defendant. | Case No. 2:24-cr-2 |

STATEMENT OF FACTS

The United States and the defendant, BRIAN MALIK WILLIAMS (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On February 1, 2023, a Virginia Beach Police Department (VBPD) Confidential Source (CS) reported to investigators that an individual (referred to herein as cooperating defendant number one or CD-1) was making thousands of dollars per day by selling pills containing Fentanyl.

2. The CS reported that CD-1 received pills, cocaine, molly, and marijuana through the mail from California. CD-1 received narcotics parcels at his/her former address Virginia Beach, VA (Premises One or P-1), and CD-1's current address in Virginia Beach, VA (Premises Two or P-2). Virginia Beach is in the Eastern District of Virginia.

3. On February 2, 2023, one USPS Priority Mail parcel containing tracking number 9505513124143033763324 was mailed from Sacramento, CA to P-1. The package weighed approximately 4 lbs. Special Agent Trevor Covert, USPS Office of Inspector General, obtained video footage of the individual who mailed the parcel in Sacramento, CA. The individual was later identified as the defendant and the parcel was delivered on February 6, 2023 to P-1.

1

4. On February 9, 2023, working under the control of the VBPD and the DEA, the CS purchased approximately 600 Fentanyl pills, weighing approximately 65 grams, with markings "M-30," from CD-1 at P-2. The CS paid CD-1 $3500.

5. On February 27, 2023, one USPS Priority Mail parcel containing tracking number 9505513124123058191258 was mailed from Sacramento, CA to P-2. The package weighed approximately 3.8 lbs. Special Agent Covert obtained video footage of the individual who mailed the parcel in Sacramento, CA. The individual was later identified as the defendant and the parcel was delivered on March 2, 2023 to P-2.

6. On March 2, 2023, working under the control of VBPD and the DEA, the CS purchased approximately 400 Fentanyl pills, weighing approximately 46 grams, with markings "M-30," from CD-1 at P-2. The CS paid CD-1 $2500.

7. On March 21, 2023, one USPS Priority Mail parcel containing tracking number 9505513124143080785041 was mailed from Sacramento, CA to P-2. The package weighed approximately 2.9 lbs. Technical Surveillance Specialist Welson Ho, USPS Postal Inspection Service, obtained video footage of the individual who mailed the parcel in Sacramento, CA. The individual was later identified as the defendant.

8. On March 24, 2023, U.S. Postal Inspector Tom Sylvester, working in an undercover capacity, delivered the aforementioned parcel to P-2, the residence of CD-1. Immediately after the parcel was taken into the residence, the DEA Norfolk District Office (NDO) in collaboration with Virginia Beach Special Investigations Bureau (VBPD/SIB), and the U.S. Postal Service executed a search warrant on P-2 and CD-1 was arrested.



9. A search of the P-2 resulted in the recovery of the parcel containing approximately 4,260 Fentanyl pills, weighing approximately 466 grams. The search of P-2 also resulted in the recovery of 1,279 Xanax pills and other controlled substance.

10. During a post-arrest Mirandized interview, CD-1 admitted to using the U.S. Postal Service as his preferred method of shipment for his illegal narcotics. CD-1 identified the sender as "Matty Ruger," who resides in California. CD-1 estimated that Ruger sent him up to 3,000 pills at a time.

11. CD-1 provided verbal consent to search his cell phone. CD-1 showed investigators Ruger's Instagram account and phone number: (209) 652-****. CD-1 also identified Ruger's cash app ($mattyrugerr), and Apple pay (Matty) accounts, which CD-1 stated he/she occasionally used to send Ruger smaller amounts of narcotics proceeds. CD-1 communicated with Ruger via phone call, text, or Telegram. Various law enforcement database inquires related to the aforementioned phone number and accounts identified the cell phone subscriber and accounts holder as the defendant - BRIAN MALIK WILLIAMS - of Modesto, CA.

12. The interior and exterior packaging of the parcel delivered and then seized from P-2, the premises of CD-1, was sent to the USPS Forensic Laboratory for processing. The forensic examination resulted in the recovery of latent fingerprints from the exterior of the parcel belonging to both CD-1 and defendant. Additionally, latent fingerprints belonging to defendant were recovered from various internal locations of the parcel.

13. Through USPS investigation, it was determined that CD-1 received approximately 70 U.S. Postal Service parcels divided between three separate premises in Virginia Beach, VA, including P-1 and P-2, between September 21, 2021, and March 27, 2023.



14. CD-1 stated that out of the 70 parcels, fifteen contained Fentanyl Pills, Xanax Pills, and Ketamine. CD-1 added that he/she paid $4000 - $6000 for each of the fifteen "harder drug" parcels.

15. During this interview, CD-1 was shown still photographs, captured from the Sacramento, CA post office surveillance videos, of the individual who mailed parcels to him on February 2, 2023, and February 27, 2023. Additionally, CD-1 was shown two photographs retrieved from "Matty Ruger's" Instagram account. CD-1 identified the individual in all four photographs as "Matty Ruger" and further identified Ruger as his/her source of supply for the Fentanyl pills. "Matty Ruger" was later identified as the defendant.

16. DEA Laboratory analysis confirmed that the pills CS purchased on February 9, 2023, and March 2, 2023, from CD-1 contained Fentanyl. DEA Laboratory analysis also confirmed that the pills delivered to CD-1 on March 24, 2023 contained Fentanyl.

17. The defendant agrees the quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), attributable to him is more than 400 grams. The defendant agrees he marketed the Fentanyl pills online using communication facilities. The defendant agrees that he would receive payment through Cash App, Apple Pay, and other payment methods using communication facilities. In a twenty-nine-month period from January 1, 2021, to May 31, 2023, BRIAN MALIK WILLIAMS, a/k/a "Matty Ruger" received approximately $100,000.00 into his Cash App account. During that same period, BRIAN MALIK WILLIAMS, a/k/a "Matty Ruger" received approximately $57,000 into his Apply Pay account.

18. Virginia Beach is in the Eastern District of Virginia.

19. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each fact known to the defendant

or to the United States, and it is not intended to be a full enumeration of all the facts surrounding the defendant's case.

20. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: March 12, 2024   By: _____
Kevin M. Comstock
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Brian Malik Williams

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Kirsten Kmet
Attorney for Defendant